UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**          CASE NO: 19-60188-CR-RS

VS.

**SHIRAAZ SOOKRALLI**

_____/

**COUNSEL FOR DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW**

COMES NOW, the undersigned counsel for Defendant, SHIRAAZ SOOKRALLI, and, without opposition by counsel for the Government, files this Motion to Withdraw as attorney-of-record, and in support thereof, states as follows:

1. Defendant is set for sentencing on December 5, 2019.

2. Irreconcilable differences have arisen between the undersigned and his client that prohibit effective continuing representation, and have irreparably changed the attorney/client relationship.

3. The undersigned has spoken with AUSA Roger Cruz, and the Government does not oppose the relief requested.

4. Mr. Sookralli has indicated that he will find replacement counsel of his own choosing.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and relieve him of further representation of the Defendant.

I HEREBY CERTIFY that a copy of the foregoing was sent by CM/ECF to AUSA Roger Cruz this 5th day of December, 2019.

HOWARD J. SCHUMACHER, P.A.
1 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33301
(954) 356-0477
FL Bar No: 776335


BY   <u>Howard J. Schumacher, Esq.</u>
     HOWARD J. SCHUMACHER, ESQ.